[No. 10549–1–III.   Division Three.   February 26, 1991.]

GENE MORGAN, ET AL, *Appellants,* v. TROY L. TURNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–03069–8, Robert D. Austin, J.,

entered January 8, 1990. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.